

**E-FILED**
Friday, 19 November, 2004  10:37:44 AM
Clerk, U.S. District Court, ILCD



# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | **CENTRAL DISTRICT OF ILLINOIS** | TEL:  217.492.4020<br>FAX:  217.492.4028 |

**OFFICE OF THE CLERK**
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

November 19, 2004

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN:  ERIC FROST

> RE: Tierney  v. Quincy School
> D. C. Docket No. 01-3179
> U. S. C. A. Docket No. 02-1403

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

1 Volumes of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:___s/Christy Taylor_____
　　　Deputy Clerk

01-3179transltr.wpd