CLOSED, APPEAL, REFER, 36

# U.S. District Court
## Central District of Illinois (Springfield)
## CIVIL DOCKET FOR CASE #: 3:01-cv-03179-JES-CHE
### Internal Use Only

Tierney v. Quincy School Dist
Assigned to: Judge Jeanne E. Scott
Referred to: Mag. Judge Charles H. Evans
Demand: $1000000
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 06/11/2001
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**
----------------------

**Ann S Tierney**                   represented by   **Ann S Tierney**
2517 Summer Creek, IL 62305
(217) 223-4849
PRO SE

**Richard L Steagall**
NICOARA & STEAGALL
Commerce Bank Bldg
416 Main St
Ste 815
Peoria, IL 61602
(309) 674-6085
Fax: 674-6032
Email: nicsteag@mtco.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
----------------------

**Quincy School District #172,** *a*   represented by   **Brett K Gorman**
***Political Subdivision of the State of***                SCHMIEDESKAMP ROBERTSON
***Illinois***                                             NEU & MITCHELL
PO Box 1069
Quincy, IL 62306
217-223-3030
Fax: 217-223-1005
Email: bgorman@srnm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**John J Gazzoli, Jr**
LEWIS RICE & FINGERSH
Ste 2000
500 N Broadway
St Louis, MO 63102
(314)444-7600
Fax: 241-6056
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2001 | 1 | COMPLAINT (summons(es) issued) case referred to Mag. Judge Charles H. Evans (AJ, ilcd) (Entered: 06/18/2001) |
| 06/11/2001 | 2 | FILING FEE PAID on 6/11/01 in the amount of $150.00 receipt # P001175. (AJ, ilcd) (Entered: 06/18/2001) |
| 06/26/2001 | 3 | RETURN OF SERVICE executed upon defendant Quincy School Dist on 6/15/01 (CC, ilcd) (Entered: 06/27/2001) |
| 06/28/2001 | 4 | MOTION by defendant for extension of time to file responsive pleading to plaintiff's complaint (CC, ilcd) (Entered: 06/29/2001) |
| 06/29/2001 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans granting motion for extension of time to file responsive pleading to plaintiff's complaint [4-1]. Time extended to and including 7/19/01, for defendant to plead to Complaint. (cc: all counsel) (MR, ilcd) (Entered: 06/29/2001) |
| 07/19/2001 | 5 | ATTORNEY APPEARANCE for defendant by John Gazzoli and Brett Gorman (AJ, ilcd) (Entered: 07/23/2001) |
| 07/19/2001 | 6 | DESIGNATION OF LEAD COUNSEL pursuant to Local Rule 11.2 filed by defendant Quincy School Dist designating John J Gazzoli and Brett K Gorman as lead counsel. (AJ, ilcd) (Entered: 07/23/2001) |
| 07/19/2001 | 7 | MOTION by defendant to dismiss plaintiff's complaint (AJ, ilcd) (Entered: 07/23/2001) |
| 07/19/2001 | 8 | MEMORANDUM IN SUPPORT of motion to dismiss plaintiff's complaint [7-1] by defendant (AJ, ilcd) (Entered: 07/23/2001) |
| 08/03/2001 | 9 | MOTION by plaintiff to extend time to respond to defendant's motion to dismiss to 8/14/01 (CC, ilcd) (Entered: 08/08/2001) |

| | | |
|---|---|---|
| 08/08/2001 | | Docket Modification (Utility Event) Answer ddl satisfied per filing of motion to dismiss on 7/19/01 (CC, ilcd) (Entered: 08/08/2001) |
| 08/09/2001 | | ENDORSED ORDER on its face by Judge Jeanne E. Scott granting motion to extend time to respond to defendant's motion to dismiss [9-1]. Time extended to 8/14/01 [7-1]. (cc: all counsel) (CC, ilcd) (Entered: 08/09/2001) |
| 08/10/2001 | 10 | RESPONSE by plaintiff to defendant's motion to dismiss plaintiff's complaint [7-1] (AJ, ilcd) (Entered: 08/15/2001) |
| 08/13/2001 | 11 | AFFIDAVIT of J. Robert Tierney (MC, ilcd) (Entered: 08/23/2001) |
| 10/23/2001 | 12 | ORDER by Judge Jeanne E. Scott granting motion to dismiss plaintiff's complaint [7-1]. All pending motions are denied as moot. Case terminated. (cc: all counsel) (AJ, ilcd) (Entered: 10/23/2001) |
| 10/23/2001 | 13 | JUDGMENT in a civil case entered in favor of the defendants and against the plaintiff. (cc: all counsel) (AJ, ilcd) (Entered: 10/23/2001) |
| 11/06/2001 | 14 | MOTION by plaintiff to alter or amend October 23, 2001 judgment (AJ, ilcd) Modified on 01/03/2003 (Entered: 11/08/2001) |
| 11/06/2001 | 15 | MEMORANDUM IN SUPPORT of motion to alter or amend October 23, 2001 judgment [14-1] by plaintiff (AJ, ilcd) (Entered: 11/08/2001) |
| 11/08/2001 | 16 | MOTION by plaintiff Ann S Tierney for order to correct typographical errors in plaintiff's memorandum in support of her motion to alter or amend 10/23/01 judgment (MR, ilcd) (Entered: 11/09/2001) |
| 11/08/2001 | 17 | NOTICE of Filing second amended complaint, motion for leave to file third amended complaint, memorandum in support, and third amended complaint by plaintiff Ann S Tierney (MR, ilcd) (Entered: 11/09/2001) |
| 11/20/2001 | 18 | RESPONSE by plaintiff to motion to extend time to respond to defendant's motion to dismiss to 8/14/01 [9-1] (BR, ilcd) (Entered: 11/21/2001) |
| 11/26/2001 | 19 | MOTION by defendant Quincy School Dist to extend time up to and including November 30, 2001. (Faxed copy) (CT, ilcd) Modified on 11/26/2001 (Entered: 11/26/2001) |
| 11/26/2001 | | MINUTE-ENTRY: by Judge Jeanne E. Scott: This cause is before the Court on Defendant Quincy School District's Motion for Extension of Time to File Response to Plaintiffs' Motion. Plaintiffs object to an extension beyond November 30, 2001. However, Plaintiffs have been given numerous extensions. Further, the Court will not be able to rule on Plaintiffs' Motion during the week of December 3, 2001, because of |

| | | |
|---|---|---|
| | | other pending matters. Therefore, School District's Motion [19-1] is GRANTED. School District has until December 7, 2001, to respond to Plaintiffs' Motion to Alter or Amend October 23, 2001 judgment [14-1]. (cc: all counsel) (CT, ilcd) (Entered: 11/26/2001) |
| 11/26/2001 | 20 | MOTION by defendant for attorney fees (CC, ilcd) (Entered: 11/27/2001) |
| 11/26/2001 | 21 | MEMORANDUM IN SUPPORT of motion for attorney fees [20-1] by defendant (CC, ilcd) (Entered: 11/27/2001) |
| 12/07/2001 | 22 | RESPONSE by defendant to plaintiff's motion to alter or amend October 23, 2001 judgment [14-1] (AJ, ilcd) (Entered: 12/10/2001) |
| 12/10/2001 | 23 | MOTION by plaintiff to extend time to respond to defendants' motion for attorney's fees (AJ, ilcd) (Entered: 12/13/2001) |
| 12/10/2001 | 24 | MEMORANDUM IN SUPPORT of motion to extend time to respond to defendants' motion for attorney's fees [23-1] by plaintiff (AJ, ilcd) (Entered: 12/13/2001) |
| 12/19/2001 | | MINUTE-ENTRY: by Judge Jeanne E. Scott. This cause is before the Court on Plaintiff's Motion to Correct Typographical Errors in Plaintiff's Memorandum in Support of her Motion to Alter or Amend October 23, 2001 Judgment. Defendant did not respond to the motion. Therefore, Plaintiff's Motion (d/e 16) is GRANTED. The Clerk is directed to replace the pages with the errors in the original document with the corrected pages. (cc: all counsel) (AJ, ilcd) (Entered: 12/20/2001) |
| 12/19/2001 | | MINUTE-ENTRY: by Judge Jeanne E. Scott. This cause is before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Attorney's Fees. Plaintiff requests that she be allowed to file her response twenty-one (21) days after this Court rules on the pending Motion to Alter or Amend October 23, 2001 Judgment to file her response. Defendant has no objection to the Motion for Extension of Time. Therefore, Plaintiff's Motion [23-1] is GRANTED. Plaintiff's Response is due twenty-one (21) days after the Court rules on the pending Motion to Alter or Amend October 23, 2001 Judgment. (cc: all counsel) (CC, ilcd) (Entered: 12/20/2001) |
| 01/08/2002 | 25 | ATTORNEY APPEARANCE for defendant Quincy School Dist by Attorney Gazzoli, Jr. and Brett Gorman (MC, ilcd) (Entered: 01/09/2002) |
| 01/08/2002 | 26 | MOTION by defendant Quincy School Dist to extend time to answer or otherwise file a responsive pleading (MC, ilcd) (Entered: 01/09/2002) |
| 01/08/2002 | 27 | DESIGNATION OF LEAD COUNSEL pursuant to Local Rule 11.2 |

| | | |
|---|---|---|
| | | filed by defendant Quincy School Dist designating John J Gazzoli as lead counsel. (MC, ilcd) (Entered: 01/09/2002) |
| 01/10/2002 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans Defendant's Motion Requesting Additional Time to File Responsive Pleading (26). Motion allowed. Due to the fact that 1/19/02 is a Saturday, time is extended to and including 1/22/02 for defendant to file responsive pleading. (cc: all counsel) (BR, ilcd) (Entered: 01/10/2002) |
| 01/14/2002 | | MINUTE-ENTRY: by Judge Jeanne E. Scott. Defendant's attorney notified this Court that documents 25, 26, & 27 were inadvertently filed with this case number instead of the correct case number of 01-3380. The Clerk of Court is directed to remove the documents from this case file and redocket them in case number 01-3380. The Clerk of Court is also directed to remove Magistrate Evans' minute entry of 1/10/02 from this case file and redocket it in case number 01-3380. (cc: all counsel) (BR, ilcd) (Entered: 01/14/2002) |
| 01/14/2002 | 28 | ORDER by Judge Jeanne E. Scott denying motion to alter or amend October 23, 2001 judgment [14-1]. This case is closed. All pending motions are Denied as Moot. (cc: all counsel) (CT, ilcd) (Entered: 01/14/2002) |
| 01/14/2002 | | Docket Modification (Utility Event) finding the motion for attorney fees [20-1] moot. (CT, ilcd) (Entered: 01/14/2002) |
| 01/22/2002 | | MINUTE-ENTRY: by Judge Jeanne E. Scott The Court inadvertently dismissed all pending motions in this case as moot when it denied Plaintiff's Motion to Alter or Amend Judgment on 1/14/02. This language shall be removed from the Order. Defendant's Motion for Attorney's Fees (d/e 20) is still pending. Plaintiff is given until on or before 2/4/02 to respond to the motion. (cc: all counsel) (BR, ilcd) (Entered: 01/23/2002) |
| 02/04/2002 | 29 | Motion by plaintiff to deny defendants' motion for attorney fees [20-1] or to extend time to respond to it (CC, ilcd) (Entered: 02/07/2002) |
| 02/04/2002 | 30 | NOTICE of APPEAL by plaintiff Ann S Tierney from Dist. Court decision [13-1] and 1/14/02 order [28-1] (cc: all counsel) (CC, ilcd) (Entered: 02/07/2002) |
| 02/04/2002 | 31 | Received appeal fee in amount of $105.00 (Receipt # S001602) (CC, ilcd) (Entered: 02/07/2002) |
| 02/04/2002 | 32 | JURISDICTIONAL DOCKETING STATEMENT filed by plaintiff (CC, ilcd) (Entered: 02/07/2002) |
| 02/04/2002 | | MINUTE-ENTRY: by Judge Jeanne E. Scott. This cause is before the |

| | | |
|---|---|---|
| | | Court on Plaintiff's Motion to Deny Defendant's Motion for Attorney's Fees or to Extend Time to Respond to it. Defendant has no response to the motion. THEREFORE, Plaintiff's Motion to Deny Defendant's Motion for Attorney's Fees or to Extend Time to Respond to it [29-1] is ALLOWED in part. Plaintiff may file her response to the motion within fourteen (14) days of the Appellate Court's ruling, in the event that Appellate Court affirms the Judgment. The Court will stay Defendant's Motion for Attorney's Fees [20-1] until the appeal in the case has been resolved by the Seventh Circuit Court of Appeals. Plaintiff is directed to alert the Court of the case's resolution within ten (10) days of the appellate court decision. (cc: all counsel) (CC, ilcd) (Entered: 02/11/2002) |
| 02/07/2002 | 33 | SHORT RECORD ON APPEAL sent to USCA (CC, ilcd) (Entered: 02/07/2002) |
| 02/27/2002 | 34 | Notification by USCA of Appellate Docket Number 02-1403 (CC, ilcd) (Entered: 02/28/2002) |
| 01/03/2003 | | Docket Modification (Utility Event) ans ddl satisfied (BR, ilcd) (Entered: 01/03/2003) |
| 02/19/2004 | 35 | COPY of USCA Order: Appeals 02-1403 and 04-1205 in this case and case number 99-3149 are consolidated for purposes of briefing and disposition. (AJ, ilcd) (Entered: 02/20/2004) |
| 07/27/2004 | 36 | MOTION to Withdraw Richard L. Steagall as Attorney by Plaintiff Ann S Tierney and for Other Relief. Responses due by 8/10/2004 (GU, ilcd) (Entered: 07/27/2004) |
| 07/27/2004 | 37 | MEMORANDUM in Support re [36] MOTION to Withdraw as Attorney filed by Plaintiff Ann S Tierney. (GU, ilcd) (Entered: 07/27/2004) |
| 07/30/2004 | 38 | MOTION for Extension of Time to File Response/Reply as to [36] MOTION to Withdraw as Attorney, [37] Memorandum in Support of Motion by Plaintiff Ann S Tierney. Responses due by 8/13/2004 (CT, ilcd) (Entered: 07/30/2004) |
| 08/12/2004 | 39 | Response to MOTION to Withdraw as Attorney and For Other Relief filed by Defendant Quincy School District #172. (BR, ilcd) (Entered: 08/12/2004) |
| 08/17/2004 | 40 | MOTION for Leave to File Reply to Defendant's Response to Motion For Leave to Withdraw and Other Relief by Plaintiff Ann S Tierney. Responses due by 8/31/2004 (CT, ilcd) (Entered: 08/17/2004) |
| 08/17/2004 | | TEXT ORDER: Attorney Richard Steagall's Motion for Leave to |

| | | | |
|---|---|---|---|
| | | | Withdraw as Attorney for the Plaintiff and Other Relief (d/e 36) is ALLOWED, IN PART; and Ann Tierney's pro se Motion to Extend Time for Filing Reply (to the Motion to Withdraw (d/e 38)) is DENIED. On February 11, 2004, the Seventh Circuit consolidated the appeal in this case with the appeal from District Court case 99-3149. On July 8, 2004, the Seventh Circuit allowed Steagall's Motion to Withdraw as Counsel on these consolidated appeals. See Seventh Circuit Docket Sheet for consolidated cases 02-1403 and 04-1205. Ann Tierney's pro se Motion asks for more time to obtain counsel so that she may respond to Steagall's Motion to Withdraw. Nothing raised in Steagall's Motion requires immediate action in the District Court, and the Seventh Circuit has already allowed Steagall to withdraw as counsel in the appeal in this case. Therefore, Ann Tierney's Motion to Extend Time (d/e 38) is DENIED. Since the Seventh Circuit has already allowed Steagall to withdraw from the appeal on this case, Steagall's Motion to Withdraw as Counsel (d/e 36) is ALLOWED, IN PART. Steagall is shown as withdrawn as counsel of record for Ann Tierney. Steagall is relieved of his obligation to file a response to the School District's Motion for Attorney's Fees (d/e 20), after the resolution of the appeal in this case. Steagall is also relieved from his obligation to inform this Court within 10 days of the Seventh Circuit's decision on the appeal in this case. See February 4, 2002, Minute Entry. Ann Tierney or her new counsel assume these obligations. Steagall's Motion is denied to the extent he asks the Court to deny the School District's Motion for Attorney's Fees. The stay this Court entered on the Motion for Attorney's Fees remains in effect. As stated in the February 4, 2002, minute entry, the Court reserves ruling on the Motion for Attorney's Fees until the appeal is resolved.. Entered by Judge Jeanne E. Scott on 8/17/04. (cc: all counsel, pro se Plaintiff Ann Tierney) (CT, ilcd) (Entered: 08/18/2004) |
| 08/18/2004 | ● | | TEXT ORDER: Plaintiff's Motion for Leave to file Reply to Defendant's Response to Motion for Leave to Withdraw and Other Relief (d/e 40) is DENIED as moot. Entered by Judge Jeanne E. Scott on 8/18/04. (cc: all counsel) (CT, ilcd) (Entered: 08/18/2004) |

