E-FILED
Friday, 15 April, 2005 04:03:54 PM
Clerk, U.S. District Court, ILCD

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ANN S. TIERNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-3179 |
| | ) | |
| QUINCY PUBLIC SCHOOL DISTRICT NO. 172, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RULING ON DEFENDANT'S PREVIOUSLY FILED MOTION FOR ATTORNEY'S FEES

The Defendant, **QUINCY PUBLIC SCHOOL DISTRICT NO. 172** ("QSD"), by its attorneys, **SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL**, submits this notice pursuant to the order entered on February 4, 2002, and moves for an award of attorney's fees on its previously filed motion which was stayed pending a resolution of the Plaintiff's appeal. In support of this motion, QSD states as follows:

1.  On October 23, 2001, the court granted QSD's motion to dismiss, and entered judgment dismissing this action in its entirety. (d/e 12). The court found this action was duplicative of claims which had been asserted in Tierney I (99-3149): "It is clear these two claims in this case [Freedom of Association and Retaliation under the Illinois Abused and Neglected Child Reporting Act] are simply an attempt to circumvent the Court's ruling in Tierney I." (d/e 12, p. 9). "Likewise, Ann Tierney's claim against School District for violation of her First Amendment Right to Petition for Redress of Grievances is dismissed as duplicative of Tierney I." (d/e 12, p. 12).

2.  On November 6, 2001, the Plaintiff filed a motion challenging the October 23, 2001 judgment, entitled "Plaintiff's Motion to Alter or Amend October 23, 2001 Judgment." (d/e 14).

3.  On November 26, 2001, QSD filed a motion for attorney's fees (d/e 20) pursuant to 42 U.S.C. §1988 and a supporting memorandum (d/e 21). In response to this motion, on December 10, 2001, the Plaintiff filed a motion for extension of time to respond to the Defendant's motion for fees (d/e 23), asking that the request for fees be denied pending the court's ruling on the motion to alter or amend judgment.

4.  On January 14, 2002, the court denied Ann Tierney's motion to alter or amend the October 23, 2001 judgment. (d/e 28).

5.  After the court denied the motion to alter or amend the judgment, the Plaintiff filed on February 4, 2002, a motion entitled "Plaintiff's Motion to Deny Defendants' Motion for Attorney's Fees or to Extend Time to Respond to It" (d/e 29). This motion indicated the Plaintiff had filed a notice of appeal, and requested in part that QSD's motion for attorney's fees be denied "without prejudice to renewal after issuance of mandate from the court of appeals in Plaintiff's appeal." The court granted this motion in part by a minute order dated February 11, 2002. This order provides that the Plaintiff is directed to notify the court of the resolution of the appeal within seven days of a ruling by the Seventh Circuit so that the pending motion for fees can be addressed:

> "MINUTE-ENTRY: by Judge Jeanne E. Scott. This cause is before the Court on Plaintiff's Motion to Deny Defendant's Motion for Attorney's Fees or to Extend Time to Respond to it. Defendant has no response to the motion. THEREFORE, Plaintiff's Motion to Deny Defendant's Motion for Attorney's Fees or to Extend Time to Respond to it [29-1] is ALLOWED in part. Plaintiff may file her response to the motion within fourteen (14) days of the Appellate Court's ruling, in the event that Appellate Court affirms the Judgment. The Court will stay Defendant's Motion for Attorney's Fees [20-1] until the appeal in the case has been resolved by the

> Seventh Circuit Court of Appeals. Plaintiff is directed to alert the Court of the case's resolution within ten (10) days of the appellate court decision. (cc: all counsel)."

6. The Seventh Circuit issued its opinion affirming the prior judgments of the District Court in 01-3179 and 99-3149 on February 22, 2005. Plaintiff subsequently filed a petition for rehearing, which was denied. The Seventh Circuit's mandate issued on April 5, 2005, and was received by the District Court on April 11, 2005 (d/e 43).

7. The Plaintiff has not provided notice pursuant to the minute order of February 11, 2002, and accordingly, QSD advises the court of this outstanding issue, and requests a ruling on its previously filed motion for attorney's fees.

8. The Defendant incorporates by reference its prior motion (d/e 20) and supporting memorandum (d/e 21), and requests an award of fees in the amount of $10,000 pursuant to 42 U.S.C. §1988, and for such other relief as the Court deems just and proper.

s/ Brett K. Gorman
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant
Quincy School District No. 172
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, using the CM/ECF system which will send notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
spg@insightbb.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Richard L. Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Commerce Bank Building
Peoria, IL 61602-1103

John J. Gazzoli, Jr.
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, MO 63102

Ann S. Tierney
2517 Summer Creek
Quincy, IL 62305

s/          Brett K. Gorman
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant
Quincy School District No. 172
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnm.com

4