UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| ANN S. TIERNEY, et al | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) No. 091-3179 |
| | ) |
| RICHARD POWERS, et al | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S FIRST MOTION FOR ENLARGEMENT OF TIME**

Now comes the Plaintiff Ann Tierney, Pro se, and pursuant to Rule 6b and any other applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court for an enlargement of time until May 23, 2005 in which to reply to Defendant Gorman's Motion for Ruling on Defendant's Previously Filed Motion For Attorney Fees, and in support thereof, Plaintiffs make the following statements:

1. Plaintiffs were represented by counsel, Richard Steagall, for this case.
2. Plaintiffs are now Pro se.
3. Plaintiffs are attempting to obtain documents and information from Steagall in order to respond to this Motion,
4. Plaintiffs suffered a computer failure recently which necessitated purchasing a new hard drive and reloading and replicating all the files needed to respond to this Motion.
5. This is on ongoing activity.
6. Today is the first day that Plaintiffs were able to compose and file this Motion via the "ECF".
7. It is Plaintiffs' understanding that they are obligated to file all Motions, etc, via the ECF system unless and until leave of Court is obtained to file by mail.
8. This Motion is made in good faith in order to properly represent the interests of the Plaintiffs and is not intended to cause undue delay.
9. None of the Defendants will be unduly prejudiced by granting these Motions.

Wherefore, the plaintiffs respectfully prays this honorable Court grant an enlargement of time up to and including May 23, 2005, for Plaintiffs to reply to Defendant Gorman's Motion for Ruling on Defendant's Previously Filed Motion For Attorney Fees, and for any other relief the Court deems appropriate.

Dated April 29, 2005

Respectfully submitted,

Ann Tierney

Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on the  29  day of        April  2005       , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Julie M. Koerner
Clifford G. Kosoff
O'Halloran, Kosoff, Geitner & Cook
650 Dundee Road Suite 475
Northbrook, Illinois 60062
E-mail:jkoerner@okge.com

Paul Bown
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
E-mail:pbown@bhslaw.com

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street

P.O. Box 1069
Quincy, IL 62306-1069
Fax: 217-223-1005

_____
Ann Tierney
Plaintiff, pro se
2517 Summer Creek
Quincy, IL 62305
Telephone: 217-223-4849
E-mail: spg@insightbb.com