## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ANN S. TIERNEY, et al | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) No. 01-3179 |
| | ) |
| RICHARD POWERS, et al | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME

Now comes the Plaintiff Ann Tierney, Pro se, and pursuant to Rule 6b and any other applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court for an enlargement of time until May 31, 2005 in which to reply to Defendant Gorman's Motion for Ruling on Defendant's Previously Filed Motion For Attorney Fees, and in support thereof, Plaintiffs make the following statements:

1. Plaintiffs were represented by counsel, Richard Steagall, for this case.
2. Plaintiffs are now Pro se.
3. Plaintiffs suffered a computer failure recently which necessitated purchasing a new hard drive and reloading and replicating all the files needed to respond to this Motion.
4. Plaintiffs are attempting to obtain documents and information from various parties in order to respond to this Motion.
5. This is on ongoing activity.
6. This Motion is made in good faith in order to properly represent the interests of the Plaintiffs and is not intended to cause undue delay.
7. None of the Defendants will be unduly prejudiced by granting these Motions.

Wherefore, the plaintiffs respectfully prays this honorable Court grant an enlargement of time up to and including May 31, 2005, for Plaintiffs to reply to Defendant Gorman's Motion for Ruling on Defendant's Previously Filed Motion For Attorney Fees, and for any other relief the Court deems appropriate.

Dated <u>May 23, 2005</u>

Respectfully submitted,

*Ann Tierney*

Ann Tierney

Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the <u>23</u> day of <u>     May  2005     </u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax:  217-223-1005

*Ann Tierney*

Ann Tierney
Plaintiff, pro se
2517 Summer Creek
Quincy, IL  62305
Telephone:  217-223-4849
E-mail:  spg@insightbb.com