## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ANN S. TIERNEY, et al | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) No. 01-3179 |
| | ) |
| RICHARD POWERS, et al | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S *AMENDED* SECOND MOTION FOR ENLARGEMENT OF TIME**

Now comes the Plaintiff Ann Tierney, Pro se, and pursuant to Rule 6b and any other applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court for an enlargement of time until ***June 10, 2005***, in which to reply to Defendant Gorman's Motion for Ruling on Defendant's Previously Filed Motion For Attorney Fees, and in support thereof, Plaintiff make the following statements:

1. Plaintiffs were represented by counsel, Richard Steagall, for this case.
1. Plaintiff is now Pro se.
2. Plaintiffs suffered a computer failure recently which necessitated purchasing a new hard drive and reloading and replicating all the files needed to respond to this Motion.
3. Plaintiff is attempting to obtain documents and information from various parties in order to respond to this Motion.
4. This is on ongoing activity.
5. Plaintiff mistakenly entered Tuesday, May 31, 2005, as the new date for filing a response on a prior Motion for Enlargement of Time.
6. Plaintiff intended to enter Tuesday, June 10, 2005, as the actual filing date due to the Memorial Day Holiday period.
7. The Plaintiff did not recognize the error until the Court order of May 26, 2005, which extended time until May 31, 2005.
8. The Memorial Day holiday has impeded the ability of the Plaintiffs to get information from parties due to their limited availability.
9. The extension until May 31, 2005, has not provided any relevant extra time for the Plaintiff to respond.

10. This Motion is made in good faith in order to properly represent the interests of the Plaintiff and is not intended to cause undue delay.

11. None of the Defendants will be unduly prejudiced by granting these Motions.

Wherefore, the plaintiff respectfully prays this honorable Court grant an enlargement of time up to and including *June 10, 2005,* for Plaintiff to reply to Defendant Gorman's Motion for Ruling on Defendant's Previously Filed Motion For Attorney Fees, and for any other relief the Court deems appropriate.

Dated May 31, 2005

Respectfully submitted,

_____

Ann Tierney

Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the  31  day of         May  2005        , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax: 217-223-1005

_____
Ann Tierney
Plaintiff, pro se
2517 Summer Creek
Quincy, IL 62305
Telephone: 217-223-4849
E-mail: spg@insightbb.com

2