E-FILED
Friday, 10 June, 2005  04:00:13 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| ANN S. TIERNEY )   )   Plaintiffs, )   vs. )   ) Quincy School District #172 )   ) Defendant ) | No. 01-3179 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR RULING ON DEFENDANT'S PREVIOULSY FILED MOTION FOR ATTORNEY FEES**

Now comes the Plaintiff Ann Tierney, Pro se, and in response to Defendant Motion for Ruling on Defendant's Previously Filed Motion For Attorney Fees, and in support thereof, Plaintiffs make the following statements:

Attorney, Richard Steagall, represented plaintiff for this complaint and other related complaints, which also involved other family members (99-3149 and 01-3380). It is my understanding that I am the only Plaintiff in this complaint. It is also my understanding that Mr. Steagall previously responded to this Motion for attorney fees. Mr. Steagall withdrew as our attorney during the pendency of the appeal process.

Attorney fees are appropriate if the claims and underlying cause of action are frivolous or without merit. Such is not the case in this complaint. The Quincy School District should not be awarded any attorney fees in view of the undisputed fact that the causes of action for these federal claims also provided valid, sustainable grounds for grievances filed on my behalf by the Quincy Education Association/Illinois Federation of Teachers against the Quincy School District. An Administrative Law Judge sustained these grievances as at least subject to arbitration by the American Arbitration Association and. It is my understanding that arbitration is still pending after an appeal affirmed the previous ruling by the Administrative Law Judge. (These documents will be filed in a supplemental filing).

Furthermore, I have reviewed what documents and letters are available to me, and can find no record that Mr. Steagall ever discussed the issues of this complaint (01-3179) with me before filing the complaint. The complaint was filed without my prior knowledge or consent. (A personal declaration stating these facts will be filed via a supplemental filing)

If attorney fees are to be charged they should be solely against Mr. Steagall. This is just another example of conduct my Mr. Steagall, which I and my husband believe represents gross negligence, and breeches of Article VII, Illinois Rules of Professional Conduct (for attorneys), including but not limited to Mr. Steagall's refusal to report fraud (by attorneys) perpetrated upon the Court. This matter and others will shortly be brought before the Court via a Motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Also by way of reference, the Court should review the pleadings in Case 04-3138 for further relevant background on these issues.

Therefore, for these and other valid reasons Defendant Quincy School District's Motion for Attorney Fees should be denied or charges solely against Mr. Steagall.

Dated June 10, 2005

Respectfully submitted,

_____

Ann Tierney

Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the  10  day of         June  2005        , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax:  217-223-1005

_____
Ann Tierney
Plaintiff, pro se
2517 Summer Creek
Quincy, IL  62305
  Telephone:  217-223-4849
E-mail:  spg@insightbb.com