# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ANN S. TIERNEY,**

        **Plaintiff,**

vs.

**QUINCY SCHOOL DISTRICT NO. 172, a Political Subdivision of the State of Illinois,**

        **Defendant.**

A M E N D E D   J U D G M E N T

Case Number: **01-3179**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an Order entered October 23, 2001 by Judge Jeanne Scott, U.S. District Judge that the defendant's Motion to Dismiss is allowed. The Plaintiff's complaint is dismissed in its entirety. All pending motions are denied as moot. This case is closed.--------------------------

    PURSUANT TO AN ORDER entered on 7/15/2005, this judgment is amended to reflect that Quincy Public School District No. 172 is awarded Attorney's Fees in the amount of $10,000.00 from Plaintiff Ann S. Tierney.-------------------------------------------------------------------------------------------------------------------

                        ENTER this 19th day of July, 2005

                        JOHN M. WATERS, CLERK

                        _____s/Christy Taylor_____
                            BY: DEPUTY CLERK