E-FILED
Tuesday, 16 August, 2005  03:41:38 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| ANN S. TIERNEY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. 01-3179 |
| ) | |
| QUINCY SCHOOL DISTRICT NO. 172, ) | |
| A political subdivision of the State ) | |
| Of Illinois, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Ann S. Tierney, plaintiff pro se, in the above named case, hereby appeals to the United States Court of Appeals of the Seventh Circuit from the Amended Judgment entered in favor of the defendant, QUINCY SCHOOL DISTRICT NO. 172, in this action on July 19, 2005 pursuant to the July 19, 2005 order directing entry of the amended judgment in favor of defendant, QUINCY SCHOOL DISTRICT NO. 172, under any and all Fed. R. Civ. Procedure, and also appeals all previous orders and judgments relating to this case.

Dated: August 15, 2005.

Respectfully submitted,

By: s/ Ann S. Tierney

Ann S. Tierney, Plaintiff, Pro se

Note to Marlene in the Clerk's office.

This notice appeared when we tried to file the Notice of Appeal by using Appeal Section of the ECF system. Apparently the ECF system is flawed and does not allow pro se parties to file a Notice through the Appeal section of the ECF system.

Appeal Documents
  3:01-cv-03179-JES-CHE Tierney v. Quincy School Dist CASE CLOSED on 10/23/2001

An Internal Error has occurred the error code is 29.