E-FILED
Tuesday, 16 August, 2005 03:41:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANN S. TIERNEY | ) |
|     Plaintiff | ) ) ) |
| vs. | ) No. 01-3179 ) |
| QUINCY SCHOOL DISTRICT NO. 172, A political subdivision of the State Of Illinois, | ) ) ) ) |
|     Defendant. | ) ) |

### NOTICE OF APPEAL

Notice is hereby given that Ann S. Tierney, plaintiff pro se, in the above named case, hereby appeals to the United States Court of Appeals of the Seventh Circuit from the Amended Judgment entered in favor of the defendant, QUINCY SCHOOL DISTRICT NO. 172, in this action on July 19, 2005 pursuant to the July 19, 2005 order directing entry of the amended judgment in favor of defendant, QUINCY SCHOOL DISTRICT NO. 172, under any and all Fed. R. Civ. Procedure, and also appeals all previous orders and judgments relating to this case.

Dated: August 15, 2005.

Respectfully submitted,

By: s/ Ann S. Tierney
Ann S. Tierney, Plaintiff, Pro se