# UNITED STATES COURT OF APPEALS

## SEVENTH CIRCUIT

GINO J. AGNELLO  
CLERK

219 SOUTH DEARBORN STREET  
CHICAGO, ILLINOIS 60604

**FILED**

AUG 2 5 2005

TELEPHONE  
(312) 435-5850

TO: District Court Clerk's Office

RE: Notice of Docketing

JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:    05-3453                    Docketed on: 8/19/05
Short Caption:          Tierney, Ann S. v. Quincy School 172
District Court Judge:   Jeanne E. Scott
District Court No.:     01 C 3179

If you have any questions regarding this appeal, please call this office.

(1003-012490)