3:01-cv-03179-JES-CHE    # 57    Page 1 of 2

**E-FILED**
Thursday, 22 September, 2005  04:21:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ANN S. TIERNEY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 01-3179 |
| | ) | |
| QUINCY SCHOOL DISTRICT NO. 172, | ) | |
| A political subdivision of the State | ) | |
| Of Illinois, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW APPEAL

Now comes the Plaintiff Ann Tierney, Pro se, and pursuant to the applicable Rules of the Federal Rules of Civil Procedure, hereby withdraws the appeal of the judgment in this case.

Respectfully submitted,

By: s/ Ann S. Tierney

Ann S. Tierney, Plaintiff, Pro se

Note to Marlene in the Clerk's office.

Apparently the ECF system is flawed and does not allow pro se parties to file a Notice and Motions applicable to the Appeal section of the ECF system. Therefore this document is filed by this method.