# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

DISMISSAL PER FRAP 42(b)

FILED
OCT 0 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: September 29, 2005

By the Court:

No. 05-3453

ANN S. TIERNEY,
       Plaintiff - Appellant

  v.

QUINCY SCHOOL DISTRICT NO. 172,
       Defendant - Appellee


Appeal from the United States District Court for the
Central District of Illinois
No. 01 C 3179, Jeanne E. Scott, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on September 26, 2005,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

_____ Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit.