UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANN S. TIERNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 01-3179 |
| ) | |
| QUINCY SCHOOL DISTRICT #172, ) | |
| a Political Subdivision of the State of Illinois, ) | |
| ) | |
| Defendant. ) | |

## RELEASE AND SATISFACTION OF JUDGMENT

Defendant, **QUINCY SCHOOL DISTRICT No. 172,** judgment creditor in the above-entitled cause, hereby acknowledges full satisfaction of the judgment rendered in favor of Quincy School District No. 172 and against Ann S. Tierney in this cause on July 19, 2005 (d/e 51), for attorneys' fees and costs in the sum of $10,000.00, the judgment and costs having been paid in full.

The clerk of the above-named court is authorized and requested to satisfy the judgment of record.

Dated: June 27, 2006.

**QUINCY SCHOOL DISTRICT No. 172,
Defendant**

By: _____s/ Brett K. Gorman_____
    Brett K. Gorman
    of Schmiedeskamp, Robertson, Neu & Mitchell
    One of its attorneys

SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
Attorneys for Defendant
525 Jersey Street
P. O. Box 1069
Quincy, IL  62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005

STATE OF ILLINOIS)
)ss
COUNTY OF ADAMS)

    Brett K. Gorman, being first sworn, on oath deposes and says that he is one of the attorneys of record for Quincy School District No. 172, in whose favor the above-described judgment was rendered, and has authority to execute the above satisfaction of judgment, and that Quincy School District No. 172 is still the owner of the judgment and all interest in it.

                                                                           s/ Brett K. Gorman

Signed and sworn to before me this 27th day of June, 2006.

"OFFICIAL SEAL"
DEBRA ANN SMITH
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/18/2009

                                                                           s/Debra Ann Smith
                                                                            Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
spg@insightbb.com
jrtast1972@yahoo.com

                                                s/ Brett K. Gorman
                                                Brett K. Gorman, IL Bar #6210850
                                                Attorney for Defendant,
                                                Quincy School District No. 172
                                                Schmiedeskamp, Robertson, Neu & Mitchell
                                                525 Jersey Street, P. O. Box 1069
                                                Quincy, IL 62306-1069
                                                Telephone: (217) 223-3030
                                                Facsimile: (217) 223-1005
                                                E-mail: bgorman@srnm.com